UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
11 APR 28 PM 4: 45
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 1:11-cr- |
| ) | |
| RODNEY RICHERSON, ) | **1:11-cr-0075 SEB-KPF** |
| ) | |
| Defendant. ) | |

## INFORMATION

The United States Attorney charges that:

On or about May 2003 through February 2008, in the Southern District of Indiana, RODNEY RICHERSON, defendant herein, while Financial Secretary of the Glass Molders Plastics Local 238 in Kokomo, Indiana, a labor organization engaging in an industry affecting commerce, did embezzle, steal and unlawfully and willfully abstract and convert to his own use and the use of another, money, funds, securities, property, and other assets of said labor organization in an approximate amount of $100,195.

All in violation of Title 29, United States Code, Sections 501(c).

JOSEPH H. HOGSETT
United States Attorney
Southern District of Indiana

STATE OF INDIANA     )
                     ) SS:
COUNTY OF MARION     )

Bradley P. Shepard, being first duly sworn, upon his oath deposes and says that he is an Assistant United States Attorney in and for the Southern District of Indiana, that he makes this affidavit for and on behalf of the United States of America and that the allegations in the foregoing Information are true as he is informed and verily believes.

Bradley P. Shepard
Assistant United States Attorney

Subscribed and sworn to before me, a notary public, this 27th day of April, 2011.

Carrie A. Griffin
Notary Public

My Commission Expires:

January 21, 2016

My County of Residence:

Hancock